```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOAQUIN CONTRERAS-AVALOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.: 1:10-cr-00470 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | ) | |
| JOAQUIN CONTRERAS-AVALOS, | ) | Date: February 14, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now scheduled for January 18, 2011, **may be continued to February 14, 2011, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time to review the government's offer and for plea negotiations prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED:  January 13, 2011           By  /s/ Susan Phan
                                          SUSAN PHAN
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED:  January 13, 2011           By  /s/ Marc Days
                                          MARC DAYS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Joaquin Contreras-Avalos

## ORDER

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   January 13, 2011

                                          CHIEF UNITED STATES DISTRICT JUDGE